Roy L. Stokes, Appellant, v. Josie Stokes, Appellee.

An Appeal from the Circuit Court for the County of Hillsborough.

Appeal dismissed by the Court on motion of counsel for appellee.

*Gibson & Riherd,* for Appellant;

*Jackson & Withers,* for Appellee.

---

E. R. Parker, Appellant, v. J. A. Timberlake, etc., Appellee.

An Appeal from the Circuit Court for the County of Polk.

Appeal dismissed by the Court on motion of counsel for appellee.

*Rogers & Rogers,* for Appellant;

*Treadwell & Treadwell, Brown & Jones,* and *J. A. Timberlake,* for Appellee.